Exhibit A to the Complaint

**Location:** Phoenixville, PA  
**Total Works Infringed:** 28

**IP Address:** 70.20.240.213  
**ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | BDEC9F42E874BCF2A9A564E1A9DD58351DD04D96 | 05/10/2025 23:44:37 | TushyRaw | 05/07/2025 | 05/20/2025 | PA0002531762 |
| 2 | 46505DF0CD7783F1C90CD476DAA1A81833757140 | 05/03/2025 01:35:29 | Tushy | 04/27/2025 | 05/20/2025 | PA0002531765 |
| 3 | 9DA66D8F318D67F2A75DE4D63ED18954B9DA85A9 | 04/26/2025 10:50:51 | Vixen | 04/25/2025 | 05/20/2025 | PA0002531764 |
| 4 | 3F9D58D67C79FD975AB714CF0E45005BB06E6ED1 | 04/18/2025 20:23:56 | TushyRaw | 04/07/2025 | 04/23/2025 | PA0002527292 |
| 5 | 0BD0425E9DE1126974A7A8AAC1E3B22D56B08D1A | 04/18/2025 20:20:59 | Tushy | 03/02/2025 | 03/28/2025 | PA0002522493 |
| 6 | 000AE8D37206497681EA8090A698D731B24B40DD | 04/06/2025 01:43:45 | TushyRaw | 03/28/2025 | 04/23/2025 | PA0002527279 |
| 7 | 52A630A6E63CFB406C9B9298F66D2524AE39B0BD | 04/06/2025 01:34:30 | Tushy | 03/30/2025 | 04/22/2025 | PA0002526944 |
| 8 | AC3357BA5A4BF22FF9CA74A9849D3D0E0BD023BF | 03/07/2025 20:59:32 | Vixen | 03/07/2025 | 03/28/2025 | PA0002522463 |
| 9 | 016E0A2A01561220A9CB804BB835FC8C81324F40 | 02/28/2025 23:54:52 | Tushy | 02/23/2025 | 03/28/2025 | PA0002522498 |
| 10 | 01b541a19eb573879d108cbdbf95041b288c0fb1 | 02/28/2025 21:15:02 | Blacked | 02/22/2025 | 03/25/2025 | PA0002521832 |
| 11 | b223042a1492e06a2f617ee7a736342007e5116e | 12/23/2024 02:16:35 | Tushy | 12/15/2024 | 01/16/2025 | PA0002509284 |
| 12 | 274284e4d8951b6996ee84353f2313da51f96ca6 | 12/23/2024 00:45:12 | TushyRaw | 12/17/2024 | 01/16/2025 | PA0002509634 |
| 13 | eeaeb1005b5a04b7aa0a7cc7b008eb97dc35e187 | 12/01/2024 04:22:09 | Tushy | 11/10/2024 | 11/18/2024 | PA0002500921 |
| 14 | 5329c185f2820cbd92c63244c441886673ea26d5 | 12/01/2024 02:39:22 | TushyRaw | 11/19/2024 | 12/13/2024 | PA0002506261 |
| 15 | 7DBADCDBA76805764F4B248F666D7752B115C164 | 10/19/2024 02:38:53 | Tushy | 10/13/2024 | 10/16/2024 | PA0002494753 |
| 16 | c6c3b70c74b31254944165b804e65ec0ce364cd9 | 10/19/2024 00:00:05 | TushyRaw | 10/15/2024 | 11/18/2024 | PA0002500923 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | db753113a42957d7545a67718f6193b137d00b8a | 07/31/2024 00:00:24 | Blacked Raw | 03/23/2018 | 04/17/2018 | PA0002116746 |
| 18 | 7927D991B118B583CD71828F2F63A12B4635B5E7 | 07/14/2024 20:27:19 | Tushy | 05/21/2018 | 07/14/2018 | PA0002131769 |
| 19 | 8C0450560F9B89D6FC85B8D65FC2A45F85BEB391 | 07/14/2024 20:27:16 | Tushy | 08/16/2020 | 08/18/2020 | PA0002253098 |
| 20 | 8f45d583b36dc71140a38b289ce0ac68e193af62 | 07/14/2024 20:22:30 | Tushy | 01/01/2020 | 01/27/2020 | PA0002223953 |
| 21 | 1018a676073b24eb9a7384e7bf56686079e27b27 | 07/14/2024 20:19:39 | Tushy | 07/20/2018 | 09/05/2018 | PA0002134598 |
| 22 | 03c069e6aeb87afba7d5c238902f8b37e79b3a47 | 07/14/2024 20:19:25 | Tushy | 07/25/2019 | 08/22/2019 | PA0002195515 |
| 23 | f445823ee2bb5e4bf4886eb8490df47acc438c4e | 07/14/2024 20:18:20 | Tushy | 05/31/2018 | 07/14/2018 | PA0002131771 |
| 24 | 322F8B33352B208C57ADDDBBC742B58A33C4AC74 | 07/14/2024 20:14:15 | Tushy | 07/14/2024 | 08/14/2024 | PA0002484875 |
| 25 | df4e203a3c9436574fad64ac2b5c0ae0fda0d204 | 06/18/2024 06:43:49 | Tushy | 06/16/2024 | 07/15/2024 | PA0002480649 |
| 26 | FF487258F6D9E2E846445A223A569DF217B200E8 | 03/28/2024 05:32:09 | Tushy | 04/01/2018 | 04/17/2018 | PA0002116061 |
| 27 | 5954CA36DA9BD29C667D78C6FA6EE9CFB6C65806 | 03/28/2024 05:03:00 | Vixen | 07/18/2018 | 09/01/2018 | PA0002119684 |
| 28 | A1D049D475923190FF3A7134A0D2B9F10D62914B | 03/28/2024 05:01:47 | Vixen | 09/26/2018 | 10/16/2018 | PA0002127776 |